# EXHIBIT I

# STG International, Inc.
## Employee Handbook 2010



STGI
SOURCING THE HUMAN MISSION.

CONFIDENTIAL

STGi-DD-000300

Dear Valued STGi Employee:

I am pleased to welcome you as a new employee to STGi. You are joining an energetic team full of bright and vibrant people who strive to make a powerful, positive impact on the world.  STGi enjoys an outstanding reputation as a government contractor, and we want you to help us continue to provide world-class information management, human resources, technical and administrative, and health/medical support services to our clients.  Our goal is to invest the time to understand our customers' requirements and provide professional services that enable each one to successfully deliver on their mission to support the health, security, and general well-being of citizens.

**Our Corporate Values**
- Superior responsiveness and service to internal and external customers
- Maintain a high degree of professionalism and respect
- Support our employees through professional development and work life balance

A main objective of STGi has been to create and maintain a work environment that is conducive to and supportive of all employees. I sincerely want STGi to be a place where people want to come to work, because they enjoy what they do and whom they do it for. Although we have experienced tremendous growth and success over the past several years and are proud of our accomplishments, we never lose sight of the fact that without our valued employees many of our successes would not be realized. I have full confidence that as a STGi employee, you will take pride in your work and provide the highest quality customer service. Working together, as a team, I have no doubt that STGi will continue to grow well into the future. Our potential for growth is limited only by our imaginations, and I invite you to develop professionally as we grow together as a company.

This Employee Handbook has been prepared to assist you in familiarizing yourself with the company's employment policies, procedures and practices. This document serves as a reference guide, providing information related to your employment experience. Please read this Employee Handbook carefully to ensure that you are aware of the expectations we have for you as a member of our team, as well as what you can expect from the company while you are employed with us.

If you have questions, contact your STGi supervisor or STGi Human Resources for clarification or additional information.

Thank you for your future efforts on behalf of the company.

*Michelle Lee*

Michelle S. Lee
President & CEO

# Contents

OVERVIEW .................................................. 5
  General Notice ............................................... 5
  General Employment Policy Statement ........... 5
  Doing Your Part ............................................. 5
I. EMPLOYMENT ........................................ 6
  *Personnel Administration* ............................... 6
    *Record Keeping* ......................................... 6
  *Employment Classifications* ........................... 7
    Full-time Regular ...................................... 7
    Part-time Regular ...................................... 7
    Casual ................................................... 7
    Temporary ............................................... 7
  *Position Classification* .................................... 8
    Exempt Positions ..................................... 8
    Non-exempt Positions ............................... 8
  *Employment Policies* ...................................... 8
    Anniversary Date ..................................... 8
    "At Will" Employment ................................ 8
    Attendance and Operational Disruptions ... 9
      1. Break Periods/Break areas .............. 9
      2. Absence or Lateness ..................... 9
      3. Excessive Absenteeism/Lateness . 10
      5. Closure During Inclement Weather,
        Natural Disasters, etc. .................. 10
    Confidentiality .......................................... 10
    Conflicts of Interest .................................. 11
    Disability Accommodation ........................ 11
    Discipline ................................................ 12
    Automatic Suspension/Termination ......... 12
    Driver's License and Driving Record ........ 13
    Equal Employment Opportunity .............. 13
    Exit Interview ........................................... 14
    Hours of Operation .................................. 14
    Harassment-free Workplace ................... 14
      Definitions of Harassment .................. 14
      Conduct and Individuals Covered by this
        Policy ............................................. 15
      Reporting an Incident of Harassment,
        Discrimination or Retaliation .......... 15
      Complaint Procedures ....................... 16
      Conclusion ....................................... 16
    Orientation Period ................................... 17
    Job Descriptions ..................................... 17
    Knowledge of the Company ..................... 18
    Outside Employment (Fulltime) ............... 18
    Promotions .............................................. 18
  *Transfers (Internal Position Moves)* ............. 18

    Proof of Authorization to Work in the United
      States ........................................... 19
    Relatives ................................................. 19
    Searches/Surveillance ............................ 19
    Voluntary Separation/Resignation ........... 19
    Work Schedule ........................................ 19
II. COMPENSATION ................................. 21
  *Compensation* ............................................ 21
  *Determining Position Scope* ........................ 21
  *Compensation Reviews* ............................... 21
  *Time Records* ............................................. 21
  *Pay Period and Hours* ................................ 23
  *Pay Cycle* .................................................. 23
  *Pay Statements* .......................................... 23
  *Paycheck Distribution* ................................. 23
  *Pay Errors and Questions* .......................... 24
  *Payroll Fees* ............................................... 24
  *Payroll Deductions* ..................................... 24
    1. Statutory Deductions .......................... 24
    2. Mandatory Deductions ....................... 24
    3. Voluntary Deductions ......................... 24
  *Overtime Pay for Non-exempt Employees* .... 25
    1. Scheduled Overtime .......................... 25
    2. Incidental Overtime ............................ 25
  *Shift Differential* ......................................... 25
  *Pay upon Termination* ................................. 26
III. PERFORMANCE MANAGEMENT
REVIEW .................................................. 27
  *Formal Evaluation Process* .......................... 27
  *Evaluation Factors* ..................................... 27
IV. BENEFITS ......................................... 28
  *Eligibility for Benefits* ................................. 28
  *Employee Eligibility Summary Chart* ........... 28
  *Regular Non-SCA Employees* ..................... 28
  *Employee Eligibility Summary Chart* ........... 29
  *Service Contract Act (SCA) Eligible Employees*
  ............................................................. 29
    Reinstatement (Bridging of Benefits) ........ 29
  *Paid Leave (Accrued)* ................................. 30
    1. Company Holidays ............................. 30
    2. Paid Leave (PTO and CDTO) ............. 31
      A. Paid Time Off (PTO) Program ....... 31
      B. Contract-Directed Time Off (CDTO)
        Program ...................................... 34
  *Paid Leave (Other)* ..................................... 35
    1. Bereavement Leave ........................... 35
    2. Jury Duty ........................................... 35

3

Version 4 –August 2010 This Employee Handbook is for **information purposes only** and does not constitute a contract of employment, implied or expressed, nor does it alter an employee's at-will status.

# Contents

*Unpaid Leave* ............................................... 35
  1. Election Days ........................................ 35
  2. Military Leave of Absence (Including Reserve Duty) ..................................... 35
  3. Family and Medical Leave Act (FMLA) 36
  4. Leave without pay (LWOP) .................. 37
*Leave of Absence* ......................................... 37
  Disability Leave of Absence (Including Maternity) ............................................ 38
    Disability Compensation..................... 38
  Return to work from Leave of Absence.... 38
Insurance and Benefit Programs ................... 39
*Insurance Programs Summary* .................... 39
  1. Medical, Dental and Vision ................ 39
  2. Short-term (STD) and Long-term (LTD) Disability Insurance........................... 40
  3. Life Insurance and AD&D................... 40
  4. Workers' Compensation Insurance.... 40
  5. Unemployment Insurance .................. 41
*Benefit Programs Summary* ......................... 42
  6. 401(k) Retirement Savings Plan ........ 42
  7. Employee Assistance Program .......... 42
  8. Flexible Spending Accounts............... 43
  9. Education Assistance Program .......... 43
  10. Commuter Benefit Program .............. 45
*Continuation of Benefits under COBRA* ........ 46
**V. OTHER POLICIES** ............................... **47**
*Communications* ........................................... 47
*Defense Investigative Services Industrial Program* .................................................. 47
*Distribution of or Personal Use of Company Information* ............................................. 48
*Dress Code/Personal Appearance* .............. 48
*Drug-free Workplace Policy* ......................... 48
*Electronic Communications and Storage*...... 48
  1. General Policies............................... 49
    Ownership........................................ 49
    Employee Use and Communication... 49
    Logging Off (end of day procedures) . 49
    Company Monitoring .......................... 50
    Privacy ............................................ 50
    Content............................................ 50
    Personal Use.................................... 50
    Legal Compliance ............................ 50
  2. Sending and Receiving ..................... 50
  3. Voicemail and Electronic Mail (Email) 51
  4. Internet/Intranet Access ................... 52

  5. Client policies...................................53
*Expense Reimbursement* .............................58
*Housekeeping*...............................................53
*Mobile Phone Usage* ....................................53
*Open-Door Policy and Grievance Resolution* 54
*Parking Security* ...........................................54
*Personal Visitors and Communications*.........54
*Personal Use of Company Property* ..............54
*Privacy Act*...................................................55
*Property and Equipment Care* ......................55
*Return of Company Property* .........................55
*Safety Rules* .................................................56
*Security*........................................................56
*Solicitations and Distributions*......................57
*Theft* .............................................................57
*Tobacco-free Workplace Policy*.....................57
*Traffic Accidents and Automobile Moving Violations* ...............................................57
*Travel (for Business)* ....................................57
**Acknowledgment of Receipt of the Employee Handbook and Employment Policies**.................................................. **63**

Version 4 –August 2010 This Employee Handbook is for **information purposes only** and does not constitute a contract of employment, implied or expressed, nor does it alter an employee's at-will status.

CONFIDENTIAL

STGi-DD-000395

# I. Employment

8. Under the influence of, use and/or possession of intoxicants, illegal drugs or narcotics in the workplace
9. Possession of a firearm on company or customer premises
10. Willful neglect of duty, including sleeping on duty or abandonment of duty
11. Loss of or inability to maintain a security clearance or job specific professional credentials (where applicable)
12. Conviction of any felony crime
13. Commission or conviction of a felony or misdemeanor crime when such conviction has a material impact on the position held
14. Safety or Security violations
15. Unprofessional or unethical behavior of a severe nature

**Note: Employees terminated for violating work rules are not eligible for rehire.**

## Driver's License and Driving Record

Employees who operate a motor vehicle for conducting company business are required to maintain a valid driver's license and a driving record acceptable to our insurer. STGi's insurance policy does not cover employees' personal vehicles. Therefore, from time to time you will be asked to provide updated proof of insurance showing your personal policy limits. Any changes in your driving record or insurance coverage must be reported to STGi Human Resources immediately.

## Equal Employment Opportunity

The company provides equal employment opportunity without regard to ethnic heritage, race, gender, age, disability, religion, national origin, marital status, sexual orientation, ancestry, political belief or activity, or status as a veteran. This policy applies to all areas of employment, including recruitment, hiring, training and development, promotion, transfer, termination, layoff, compensation, benefits, social and recreational programs, and all other conditions and privileges of employment in accordance with applicable federal, state, and local laws.

It is the policy of the company to comply with all relevant and applicable provisions of the Americans with Disabilities Act (ADA). The company will not discriminate against any qualified employee or job applicant with respect to any terms, privileges or conditions of employment because of a person's physical or mental disability. The company will make reasonable accommodations wherever necessary for all employees or applicants with disabilities, provided that the individual is otherwise qualified to safely perform the duties and assignments connected with the job and provided that any accommodations made do not require significant business hardship.

Equal employment opportunity notices are posted as required by law. However, because the majority of our employees work at client/customer locations, STGi utilizes an electronic employee bulletin board, located at **www.stginternational.com/employee/**, to provide all employees in all states with the statutory employment posting information applicable to their state. The notices summarize the rights of employees regarding equal opportunity in

Version 4 –August 2010 This Employee Handbook is for **information purposes only** and does not constitute a contract of employment, implied or expressed, nor does it alter an employee's at-will status.

CONFIDENTIAL                    STGi-DD-000396

## I. Employment

employment and list the names and addresses of various government agencies that may be contacted in the event that any person believes he or she has been discriminated against.

Management is responsible for implementing the company's equal employment opportunity policies, but all staff members share in the responsibility for assuring that by their personal actions the policies are effective and applied uniformly to everyone. Any employee involved in discriminatory practices will be subject to disciplinary action, including dismissal. Please contact the STGI Human Resources department for further details or to review the company's Affirmative Action Plan (AAP).

## Exit Interview

When an employee leaves STGI, management may want to discuss the reasons for leaving and any impressions the employee may have about the company. If you decide to leave, you may be asked to take part in an exit interview. During the exit interview, employees are encouraged to express themselves. All exit information is kept strictly confidential and in no way affects any reference information the company may provide to a future employer.

## Hours of Operation

Hours of operation and/or work schedules vary depending upon the customer requirements and tasks being performed. Particular hours of work and the scheduling of meal periods and other breaks are determined and assigned by the on-site supervisor, project manager, and/or department heads.

The general office hours for STGI's corporate headquarters are from 8:30 AM to 5:00 PM EST, Monday through Friday. Outside of those business hours, employees are asked to leave a message or contact corporate staff via email for assistance.

## Harassment-free Workplace

STGI is committed to creating and maintaining a work environment free from all forms of harassment, exploitation or intimidation for all employees, male or female. Every employee, vendor, subcontractor and customer of the company has the right to a work environment free from unwelcome advances, requests for favors, or other verbal or physical conduct of a sexual or offensive nature or that which can create a hostile work environment.

*Note: Employee conduct that intentionally or unintentionally results in unlawful harassment of other employees will not be tolerated. Such conduct is subject to disciplinary action, up to and including termination.*

### Definitions of Harassment

1. *Sexual harassment* - Constitutes discrimination and is illegal under federal, state and local laws. For the purposes of this policy, sexual harassment is defined, as in the Equal Employment Opportunity Commission Guidelines, as unwelcome sexual

14

Version 4 –August 2010 This Employee Handbook is for **information purposes only** and does not constitute a contract of employment, implied or expressed, nor does it alter an employee's at-will status.

CONFIDENTIAL                                    STGI-DD-000301

# I. Employment

advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when, for example:

  a) Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

  b) Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

  c) Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

Sexual harassment may include a wide range of subtle and not-so-subtle behaviors and may involve individuals of the same or different genders. Depending upon the circumstances, these behaviors may include, but are not limited to: unwanted sexual advances or requests for sexual favors; sexual jokes and innuendos; verbal abuse of a sexual nature; comments about an individual's body, sexual prowess or sexual deficiencies; leering, whistling or touching; insulting or obscene comments or gestures; the non-work related posted display of sexually suggestive objects or pictures; and other physical, verbal or visual conduct of a sexual nature.

2.  *Harassment (on the basis of any other protected characteristic)* - is also strictly prohibited. Under this policy, harassment is verbal or physical conduct that degrades or shows hostility or aversion toward an individual because of his/her race, religion, gender, sexual orientation, national origin, age, disability, marital status, citizenship or any other characteristic protected by law or that of his/her relatives, friends or associates and that:

  a) Has the purpose or effect of creating an intimidating, hostile or offensive work environment;

  b) Has the purpose or effect of unreasonably interfering with an individual's work performance; or

  c) Otherwise adversely affects an individual's employment opportunities.

Harassing conduct includes, but is not limited to: nicknames, slurs or negative stereotyping; threatening, intimidating or hostile acts; demeaning jokes; and written or graphic material that degrades or shows hostility or aversion towards an individual or group and is placed on walls or elsewhere on the employer's premises or circulated in the workplace.

## Conduct and Individuals Covered by this Policy

These policies apply to all employees whether related to conduct engaged in by fellow employees, company management, or someone not directly connected to STGi (e.g., an outside vendor, consultant, customer, etc.).

Conduct prohibited by these policies is unacceptable and will not be tolerated in the workplace or in any work-related setting outside the workplace, such as business trips, business meetings, and business-related social events.

## Reporting an Incident of Harassment, Discrimination or Retaliation

STGi encourages the reporting of all perceived incidents of discrimination, harassment or retaliation, regardless of the offender's identity or position. Individuals who believe they have

15

Version 4 ~August 2010 This Employee Handbook is for information purposes only and does not constitute a contract of employment, implied or expressed, nor does it alter an employee's at-will status.

CONFIDENTIAL

STGi-DD-000302

## I. Employment

been the victims of such conduct should discuss their concerns with their supervisor or contact Human Resources immediately for assistance.

We also encourage individuals who believe they are being subjected to such conduct to informally address the situation by advising the offender that their behavior is unwelcome and ask that it be discontinued; often, this action will resolve the problem. However, in situations where informal communication is not possible or comfortable, we strongly advise the individual to pursue the matter through formal complaint procedures.

### Complaint Procedures

STGI urges the prompt reporting of complaints by individuals directly involved or by third parties who have direct knowledge of the events to facilitate rapid and constructive action before relationships become irreversibly strained. Although no fixed reporting period is established, early reporting and intervention are the most effective methods of resolving actual or perceived incidents of harassment.

Any reported allegations of harassment, discrimination or retaliation will be investigated promptly. The investigation may include individual interviews with the parties involved and, in some cases, with individuals who observed the alleged conduct or may have other relevant knowledge.

Confidentiality is maintained throughout the investigation process and is consistent with adequate investigation and appropriate corrective action.

Retaliation against an individual for reporting a harassment or discrimination incident is strictly forbidden. Retaliatory behavior directed at an employee for participating in an investigation of a claim of harassment or discrimination is also considered a serious violation of this policy. Acts of retaliation should be reported immediately and will be promptly investigated and addressed. Any such behavior is subject to disciplinary action up to and including termination.

Misconduct constituting harassment, discrimination, retaliation or the falsified reporting of such incidents will be dealt with appropriately. Responsive action may include training, referral to counseling and/or disciplinary action such as a warning or reprimand, withholding of a promotion or pay increase, reassignment, temporary suspension without pay or termination as STGI deems appropriate based on the incident and circumstances.

### Conclusion

STGI developed this policy to ensure that all employees work in an environment free from harassment, discrimination and retaliation.   Any employee who has any questions or concerns about these policies should talk with a member of the Human Resources department.

Finally, these policies may not be used as a basis for excluding or separating individuals of a particular gender, or any other protected characteristic, from participating in business or work-related social activities or discussions. Therefore, no one should make the mistake of engaging in discrimination or exclusion in order to avoid allegations of harassment. The law and the policies of STGI prohibit unequal treatment on the basis of sex or any other

16

Version 4 --August 2010 This Employee Handbook is for information purposes only and does not constitute a contract of employment, implied or expressed, nor does it alter an employee's at-will status.

## V. Other Policies

5. As with any policy, management staff is expected to serve as role models for proper compliance with the provisions above and encouraged to regularly remind employees of their responsibilities in complying with this policy.

6. Violations of this policy may be subject to disciplinary action up to and including termination.

## Open-Door Policy and Grievance Resolution

STGI strives to provide an environment in which employees are encouraged to raise their work-related concerns informally, with STGI management or STGI Human Resources, so that the company can improve upon issues of which we might not be aware. Whenever you have problems or complaints, we expect you to speak up and communicate directly with us. Naturally, we encourage that an employee first try to resolve the issue/concern with their immediate supervisor. Our open-door policy encourages all employees to feel free to speak with any member of STGI's management team about any work-related or other topic.

Issues related to harassment in the workplace of any type or nature should be reported directly to STGI's Human Resources department.

## Parking Security

Neither STGI nor our customers/clients is not responsible for any loss, theft or damage to employee vehicles parked at work locations. Employees are encouraged to use normal precautions in securing their vehicles while on company property.

## Personal Visitors and Communications

For security and safety reasons, personal visits are discouraged while the employee is at work. Employees should not use the company street address or email address as a personal contact address or to conduct personal business in any manner.

Personal communication devices (cell phones, pagers, etc.) should only be used during break time. Employees are strongly discouraged from making personal telephone calls (other than for emergency purposes) during work hours.

Some employees, in the performance of their assigned work duties, may use personal cell phones to conduct business. At no time should safety be compromised when using a cell phone. Refer to Mobile Phone Usage policy in this section for more information.

## Personal Use of Company Property

The use of company property for personal use is discouraged. Use of company equipment (laptop computers, copier, etc.) during or after work hours for personal benefit must be approved by your supervisor. The company is not liable for personal injury incurred during the personal use of company property. As a STGI employee, you accept full responsibility for any and all liabilities for injuries or losses that occur or for the malfunction of equipment. You are responsible for returning

54

Version 4 –August 2010 This Employee Handbook is for information purposes only and does not constitute a contract of employment, implied or expressed, nor does it alter an employee's at-will status.

CONFIDENTIAL                    STGi-DD-000304

**From:** Marcia Euwema [mailto:Marcia.Euwema@stginternational.com]
**Sent:** Sunday, June 13, 2010 10:38 PM
**To:** Marcia Euwema
**Subject:** STGi's Commitment to a Harassment-Free Workplace

To All STGi Employees:

STGi is a special company, a company of teams and individuals proud of their accomplishments and excited about future opportunities.  STGi is a company defined by our character and integrity of our employees.  As we work to better understand our customer's needs and provide professional services that enable us to successfully deliver on our mission, we must always keep in mind the importance of creating and maintaining a work environment that is conducive to and supportive of all of us.  All of our clients/customers expect this of us and more importantly, we expect it of ourselves.

It is that time of year that we like to annually republish our harassment-free workplace policy for your reference.  Feel free to further review this material within our Employee Handbook or speak with your STGi Program Manager and/or our Human Resources Department with any questions or concerns you may have.

### Harassment-free Workplace

*STG International is committed to creating and maintaining a work environment free from all forms of harassment, exploitation or intimidation for all employees, male or female. Every employee, vendor, subcontractor and customer of the company has the right to a work environment free from unwelcome advances, requests for favors, or other verbal or physical conduct of a sexual or offensive nature or that which can create a hostile work environment.*

***Note:*** *Employee conduct that intentionally or unintentionally results in unlawful harassment of other employees will not be tolerated. Such conduct is subject to disciplinary action, up to and including termination.*

### Definitions of Harassment

*1. Sexual harassment - Constitutes discrimination and is illegal under federal, state and local laws. For the purposes of this policy, sexual harassment is defined, as in the Equal Employment Opportunity Commission Guidelines, as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when, for example:*

*a) Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;*

*b) Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or*

*c) Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or*
            *offensive working environment.*

*Sexual harassment may include a wide range of subtle and not-so-subtle behaviors and may involve individuals of the same or different genders. Depending upon the circumstances, these*

behaviors may include, but are not limited to: unwanted sexual advances or requests for sexual favors; sexual jokes and innuendos; verbal abuse of a sexual nature; comments about an individual's body, sexual prowess or sexual deficiencies; leering, whistling or touching; insulting or obscene comments or gestures; the non-work related posted display of sexually suggestive objects or pictures; and other physical, verbal or visual conduct of a sexual nature.

2. Harassment (on the basis of any other protected characteristic) - Is also strictly prohibited. Under this policy, harassment is verbal or physical conduct that degrades or shows hostility or aversion toward an individual because of his/her race, religion, gender, sexual orientation, national origin, age, disability, marital status, citizenship or any other characteristic protected by law or that of his/her relatives, friends or associates and that:

a) Has the purpose or effect of creating an intimidating, hostile or offensive work environment;

b) Has the purpose or effect of unreasonably interfering with an individual's work performance; or

c) Otherwise adversely affects an individual's employment opportunities.

Harassing conduct includes, but is not limited to: nicknames, slurs or negative stereotyping; threatening, intimidating or hostile acts; demeaning jokes; and written or graphic material that degrades or shows hostility or aversion towards an individual or group and is placed on walls or elsewhere on the employer's premises or circulated in the workplace.

**Conduct and Individuals Covered by this Policy**
These policies apply to all applicants and employees, whether related to conduct engaged in by fellow employees, company management, or someone not directly connected to STGi (e.g., an outside vendor, consultant, customer, etc.).

Conduct prohibited by these policies is unacceptable and will not be tolerated in the workplace or in any work-related setting outside the workplace, such as business trips, business meetings, and business-related social events.

**Reporting an Incident of Harassment, Discrimination or Retaliation**
STGi encourages the reporting of all perceived incidents of discrimination, harassment or retaliation, regardless of the offender's identity or position. Individuals who believe they have been the victims of such conduct should discuss their concerns with their supervisor or contact Human Resources immediately for assistance.

We also encourage individuals who believe they are being subjected to such conduct to informally address the situation by advising the offender that their behavior is unwelcome and ask that it be discontinued; often, this action will resolve the problem. However, in situations where informal communication is not possible or comfortable, we strongly advise the individual to pursue the matter through formal complaint procedures.

**Complaint Procedures**

CONFIDENTIAL

*STGi urges the prompt reporting of complaints by individuals directly involved or by third parties who have direct knowledge of the events to facilitate rapid and constructive action before relationships become irreversibly strained. Although no fixed reporting period is established, early reporting and intervention are the most effective methods of resolving actual or perceived incidents of harassment.*

*Any reported allegations of harassment, discrimination or retaliation will be investigated promptly. The investigation may include individual interviews with the parties involved and, in some cases, with individuals who observed the alleged conduct or may have other relevant knowledge.*

*Confidentiality is maintained throughout the investigation process and is consistent with adequate investigation and appropriate corrective action.*
*Retaliation against an individual for reporting a harassment or discrimination incident is strictly forbidden. Retaliatory behavior directed at an employee for participating in an investigation of a claim of harassment or discrimination is also considered a serious violation of this policy. Acts of retaliation should be reported immediately and will be promptly investigated and addressed. Any such behavior is subject to disciplinary action up to and including termination.*

*Misconduct constituting harassment, discrimination, retaliation or the falsified reporting of such incidents will be dealt with appropriately. Responsive action may include training, referral to counseling and/or disciplinary action such as a warning or reprimand, withholding of a promotion or pay increase, reassignment, temporary suspension without pay or termination as STG International deems appropriate based on the incident and circumstances.*

**Conclusion**
*STG International developed this policy to ensure that all employees work in an environment free from harassment, discrimination and retaliation. Any employee who has any questions or concerns about these policies should talk with a member of the Human Resources department.*

*Finally, these policies may not be used as a basis for excluding or separating individuals of a particular gender, or any other protected characteristic, from participating in business or work-related social activities or discussions. Therefore, no one should make the mistake of engaging in discrimination or exclusion in order to avoid allegations of harassment. The law and the policies of STG International prohibit unequal treatment on the basis of sex or any other protected characteristic with regard to terms, conditions, privileges and perquisites of employment. The prohibitions against harassment, discrimination and retaliation are intended to complement and further those policies, not to form the basis of an exception to them.*

**Marcia Euwema, SPHR**
*Assistant Vice President, Human Resources*

STG International, Inc
99 Canal Center Plaza, Suite 500
Alexandria, Virginia 22314

CONFIDENTIAL

tel **703.578.6030 x 264**
fax **571.482.3544**
www.stginternational.com

*SOURCING THE HUMAN MISSION.*



*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

CONFIDENTIAL                    STGi-DD-000400